FILED
MAR 1 7 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:21CR194 AGF/NAB |
| vs. ) | |
| ) | |
| CHARLES JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 1, 2020, in the St. Louis City, within the Eastern District of Missouri,

**CHARLES JOHNSON,**

the Defendant herein, did knowingly obstruct, delay, and affect commerce and the movement of any article or commodity in commerce or attempt to do so by robbery of Family Dollar, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about January 1, 2020, in St. Louis City, within the Eastern District of Missouri,

**CHARLES JOHNSON,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery of Family Dollar, as charged in Count One herein..

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney